UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                              :

VERNITA WORRELL,                               :
                                                             :       **ORDER CLOSING CASE**
                                   Plaintiff,      :
       -against-                             :       16 Civ. 8022 (AKH)
                                                              :
S-ELEVEN LAUNDRY INC. and NOAM    :
Associates LLC,                             :
                                                              :
                                                              :
                                      Defendants.   :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties having filed a stipulation of voluntary dismissal, *see* ECF No. 24, this case is dismissed, and the Clerk shall mark the case closed.

       SO ORDERED.

Dated:  March 30, 2021                        /s/ Alvin K. Hellerstein
           New York, New York                ALVIN K. HELLERSTEIN
                                                         United States District Judge